**Opinion issued January 30, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00552-CV

———————————

**PEDRO ESCOBAR, Appellant**

**V.**

**JULIO DE LOS REYES, Appellee**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-31739**

---

### MEMORANDUM OPINION

The parties have filed a joint motion to dismiss the appeal due to a settlement. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(2)(A). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the joint motion and dismiss the appeal. *See* TEX. R.

APP. P. 42.1(a)(2)(A).  We also dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Landau and Rivas-Molloy.